No. 92–9083. FLEMING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9084. KITCHENS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9085. JORGENSEN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92–9086. GALVAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9087. KALTENBACH v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–9088. BARNETT v. UNITED STATES; and
No. 93–5018. JORDAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–9089. AISPURO-AISPURO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9090. DOCKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9091. MALDONADO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9092. NORMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9094. LACEY v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–9096. MURRAY v. STEMPSON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–9097. ROBBINS v. GRANT. C. A. 9th Cir. Certiorari denied.

No. 92–9099. JONES v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.